UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| OSCAR GUILLEN, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 1:06-cv-1733-RLY-WTL |
| | ) |
| SUPERINTENDENT, Wabash Valley Correctional Facility, | ) |
| | ) |
| Respondent. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**


Date: _____

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court


Distribution:

Oscar Guillen, Sr.   DOC #950987
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111